AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SKYE VEHR,**

        **Plaintiff,**

**v.**

        **JUDGMENT IN A CIVIL CASE**

**OHIO DEPARTMENT OF PARKS**
**AND RECREATION WILDLIFE,**

        **CASE NO.  2:13-CV-836**
        **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

        **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed October 8, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 8, 2013                             JOHN P. HEHMAN, CLERK

                                         */S/ Andy F. Quisumbing*
                                         (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk